ANDREW D. CASTRICONE (SBN: 154607)
acastricone@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys/Co-Counsel for Defendants GRANITE FUNDING, LLC;
ORION FIRST FINANCIAL, LLC; BSB DIRECT FINANCE, LLC; and
TRIDENT LEASE FUNDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTAMERICA BANK, a California corporation, successor-in-interest to COUNTY BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GRANITE FUNDING, LLC, A Washington limited liability company; ORION FIRST FINANCIAL, LLC, a Washington limited liability company; TERRITO, INC. dba GRANITE LEASING COMPANY, a Montana corporation; BSB DIRECT FINANCE, LLC, a Washington limited liability company; TRIDENT LEASE FUNDING, LLC, a Washington limited liability company; TRAPEZIUM CAPITAL, LLC, and DOES 1 through 40, inclusive,<br><br>Defendants. | CASE NO. CV 09-02976 PJH<br><br>**STIPULATION RE REMAND AND ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiff WESTAMERICA BANK, a California corporation, successor-in-interest to COUNTY BANK, a California banking corporation and Defendants GRANITE FUNDING, LLC, A Washington limited liability company; ORION FIRST FINANCIAL, LLC, a Washington limited liability company; TERRITO, INC. dba GRANITE LEASING COMPANY, a Montana corporation; BSB DIRECT

FINANCE, LLC, a Washington limited liability company; TRIDENT LEASE FUNDING, LLC, a Washington limited liability company; TRAPEZIUM CAPITAL, LLC, through their attorneys of record, as follows ("Stipulation"):

    1. Defendants removed this action from the California Superior Court in and for the County of San Francisco (*Westamerica Bank v. Granite Funding, LLC, et al.*, SFCSC Case No. CGC-09-488619) on July 1, 2009 and filed their Answer to the Complaint in the United States District Court on July 8, 2009;

    2. On September 17, 2009, plaintiff filed a Motion to Remand (set for hearing on October 28, 2009) on the grounds that there was incomplete diversity;

    3. The parties have met and conferred regarding the jurisdictional issue and agree that the Court may issue an Order remanding the case to the California Superior Court in exchange for a mutual waiver of fees and costs associated with the removal and remand proceedings; and

    4. The October 28, 2009 hearing on Plaintiff's Motion to Remand may be vacated as moot upon entry of an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated: October 14, 2009

GORDON & REES LLP

By: /s/ Andrew D. Castricone
Attorneys/Co-Counsel for Defendants
GRANITE FUNDING, LLC; ORION FIRST FINANCIAL, LLC; BSB DIRECT FINANCE, LLC; and TRIDENT LEASE FUNDING, LLC

Dated: October 14, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ Joseph M. Demko
Walter W. Gouldsbury
Attorneys for Plaintiff
WESTAMERICA BANK, a California corporation, successor-in-interest to COUNTY BANK, a California banking corporation

Dated: October 14, 2009

LANE POWELL, PC

By: _____
Dan J. Donlan
Attorneys/Co-Counsel for Defendants
GRANITE FUNDING, LLC; ORION FIRST
FINANCIAL, LLC; BSB DIRECT FINANCE,
LLC; and TRIDENT LEASE FUNDING, LLC

and Attorneys for Defendants
TERRITO, INC. D/B/A GRANITE LEASING
COMPANY AND TRAPEZIUM CAPITAL, LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/19/09

JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

SPTBC/1059101/7116205v.1

- 3 -
STIPULATION RE REMAND